# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **GEORGE MILLER,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Petitioner, | **28 U.S.C. § 2241** |
| v. | Case No. 09-cv-66-bbc |
| **C. HOLINKA, Warden,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.


PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin                                      _____4/14/09_____
_____           Date
**by Deputy Clerk**